IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD D. MYERS, Bankruptcy Trustee of M&M Marketing, L.L.C. and Premier Fighter, L.L.C., | 8:14CV57 |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL L. BLUMENTHAL, | |
| Defendant. | |

This matter is before the court following District Judge Joseph F. Bataillon's Memorandum and Order (Filing No. 4). Judge Bataillon directed the undersigned magistrate judge to progress this case to a jury trial. Accordingly, pursuant Federal Rule of Civil Procedure 26(f), within fourteen days of this order, the parties shall meet and confer regarding the progression of this case to a jury trial. Thereafter, the parties shall file a written report of such meeting **on or before May 15, 2014**.

**IT IS SO ORDERED**.

Dated this 22nd day of April, 2014.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge