IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

**RICHARD D. MYERS, Bankruptcy Trustee of M&M Marketing, L.L.C. and Premier Fighter, L.L.C.,**

      Plaintiff,

vs.

**MICHAEL L. BLUMENTHAL,**

      Defendant.

8:14CV57

ORDER

This matter is before the court *sua sponte*.[1] Currently, the plaintiff's Motion to Compel is pending before this court. **See** Filing No. 6 - Motion. The defendant shall have until **June 25, 2014**, to respond to the plaintiff's Motion to Compel (Filing No. 6). The plaintiff shall have to **July 2, 2014**, to file a reply. Additionally, this matter shall continue to progress as scheduled. **See** Filing No. 10 - Order for Initial Progression of Case.

      **IT IS SO ORDERED**.

Dated this 10th day of June, 2014.

      BY THE COURT:

      s/ Thomas D. Thalken
      United States Magistrate Judge

---

[1] In the plaintiff's Rule 26(f) report, the plaintiff indicated the defendant declined to participate in filing the Rule 26(f) report because the defendant did not want to waive personal jurisdiction objections in light of the pending outcome of the ***Executive Benefits Insurance Agency v. Arkison***, 12-1200, before the Supreme Court of the United States. An opinion in that case was issued June 9, 2014. **See** *Arkison*, 12-1200, 2014 WL 2560461 (U.S. June 9, 2014).