IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD D. MYERS, Bankruptcy Trustee of M&M Marketing, L.L.C. and Premier Fighter, L.L.C.,<br><br>        Plaintiff,<br><br>    vs.<br><br>MICHAEL L. BLUMENTHAL,<br><br>        Defendant. | 8:14CV57<br><br>ORDER |

This matter is before the court on the plaintiff's Motion to Compel (Filing No. 6). On June 25, 2014, the date the defendant's response to the plaintiff's motion was due, the defendant filed a notice of service of the defendant's answers and responses to the plaintiff's discovery requests. **See** Filing No. 14 - Notice. On July 1, 2014, the plaintiff filed a brief arguing the defendant's answers and responses are insufficient. **See** Filing No. 15 - Brief. The defendant shall have until July 16, 2014, to respond and explain the basis of his answers and responses. Thereafter, the plaintiff shall have until July 28, 2014, to reply.

    **IT IS SO ORDERED**.

Dated this 2nd day of July, 2014.

                                    BY THE COURT:

                                     s/ Thomas D. Thalken
                                    United States Magistrate Judge