# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **RICHARD D. MYERS, Bankruptcy Trustee of M&M Marketing, L.L.C. and Premier Fighter, L.L.C.,** | 8:14CV57 |
| **Plaintiff,** | |
| vs. | ORDER |
| **MICHAEL L. BLUMENTHAL and FRANK VICARI,** | |
| **Defendants.** | |

This matter is before the court on the plaintiff's, Richard D. Myers, Trustee, Motion for Status Conference (Filing No. 31). The motion is denied to the extent the court will not hold a telephone conference to discuss the status of the pending motions for reconsideration. However, in light of the pending motions, the February 17, 2015, trial is cancelled. Following the court's rulings on the pending motions, the court will hold a pretrial telephone conference with counsel to schedule this matter for trial. Counsel for the plaintiff shall contact the chambers of the undersigned magistrate judge within fourteen (14) days after the court's rulings to schedule the telephone conference.

**IT IS SO ORDERED**.

Dated this 26th day of January, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge