IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD D. MYERS, Bankruptcy Trustee of M&M Marketing, L.L.C. and Premier Fighter, L.L.C.;<br><br>          Plaintiff,<br><br>   vs.<br><br>MICHAEL L. BLUMENTHAL, AND FRANK VICARI, an Individual;<br><br>          Defendants. | **8:14CV57**<br><br>**ORDER** |

This matter is before the court on the parties Stipulation for settlement. The court finds that the stipulation for settlement should be approved. Accordingly,

IT IS ORDERED that:

1. The parties' Stipulation for Settlement (hereinafter "the Settlement Agreement") ([Filing No. 44](#)) is hereby approved and incorporated herein.

2. The court retains jurisdiction to enforce the terms and conditions of the Settlement Agreement.

3. This matter is stayed pending compliance with the Settlement Agreement.

4. In accordance with the terms of the Settlement Agreement, the plaintiff shall advise the court on or before May 15, 2016, of the defendant's compliance with, or default of, the Settlement Agreement and the court will enter either a judgment in favor of the plaintiff and against the defendant, or an order of dismissal with prejudice, as applicable.

Dated this 19th day of November, 2015

                                            BY THE COURT:

                                            s/ Joseph F. Bataillon
                                            Senior United States District Judge